■ ELIAHU LIPKIS v MARIO PIKUS et al. — Motion, insofar as it seeks leave to appeal to the Court of Appeals, granted on the basis of the following certified question: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Motion, insofar as it seeks a stay, denied as unnecessary. (See CPLR 5519, subd [e], par [i].) The order of this court entered on September 20, 1984 (104 AD2d 546) is vacated. Concur — Murphy, P. J., Sullivan, Silverman, Fein and Kassal, JJ.

(October 18, 1984)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL RAMOS, Appellant. — Upon remittitur from the Court of Appeals, the judgment of the Supreme Court, Bronx County (Donald Sullivan, J.), rendered on December 18, 1981, unanimously affirmed. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Bloom, JJ.